UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **Taylor Baker**   CASE NO.12-31360
   CHAPTER 13

NOTICE OF DEADLINE TO OBJECT TO PROPOSED
CHAPTER 13  PLAN MODIFICATION

The deadline to file and objection to the attached proposed chapter 13 plan modification is 28 days after service.

If no timely objection is filed, the proponent of the plan modification may file a certificate of no objection and the modified plan will then become effective.

If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that even, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

Objections to the attachéd proposed chapter 13 plan modification shall be served on the following:

United States Bankruptcy Court 226 West Second St. Flint, MI 48502

Taylor Baker 3421 Lawndale, Flint MI 48504

Chapter 13 Trustee 400 N. Saginaw St., Ste. 331, Flint, MI 48502

Attorneys for Debtors,

____/s/ John L. Hicks____
John L. Hicks (P44667)
412 S. Saginaw 1st Floor
Dated: 1/27/16   Flint, MI  48502 (810) 232-2223
jlhicksoffice@gmail.com

*Response or answer must comply with F.R. Civ. P. 8(b) and (e)

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **Taylor Baker**  CASE NO.12-31360
CHAPTER 13

## CHAPTER 13 POST CONFIRMATION PLAN MODIFICATION

The Debtor, **Taylor Baker,** proposes the following post-confirmation plan modifications:

1. **To excuse any missed plan payment to the date of this plan modification due to fixed income and loss of work comp payments.**

2. **To establish length of plan at 43 Months.**

3. **To establish dividend to general unsecured creditors at 1% on duly filed claims due to fixed Pension & SS income to allow case to complete.**

4. **Per LBR: must state with specificity the impact of the proposed plan modification on each class of creditors**; No adverse impact on secured or priority claims; unsecured claims will receive slightly lower dividend than originally proposed.

5. In all other respects, the Plan and Order Confirming Plan as last modified remain in full force and effect.

Liquidation Analysis:

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| PERSONAL RESIDENCE | 5,000.00 | 16,397.00 | 0.00 | 0.00 | 0.00 |
| VEHICLES | 15,688.00 | 15,688.00 | 0.00 | 0.00 | 0.00 |
| HHG/PERSONAL EFFECTS | 3,400.00 | 0.00 | 3,400.00 | 3,400.00 | 0.00 |
| JEWELRY | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| CASH/BANK ACCOUNTS | 15.00 | 0.00 | 15.00 | 15.00 | 0.00 |
|---|---|---|---|---|---|
| OTHER | 15,600.00 | 0.00 | 15,600.00 | 14,560.00 | 1,040.00 |

Amount available upon liquidation  $ **1,040.00**

Less administrative expenses and costs: *10% estimated amount in Ch 7*  $ **$1,500.00**

Less priority claims  $ **0.00**

Amount Available in Chapter 7  $ **0.00**

Attorneys for Debtors,

   **/s/ John L. Hicks**
John L. Hicks (P44667)
412 S. Saginaw 1st Floor
Flint, MI  48502
(810) 232-2223
jlhicksoffice@gmail.com

Dated: 1/27/16